UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shaojun G.,

      Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

      Respondents.

File No. 26-cv-1683 (ECT/DLM)

**ORDER**

---

Petitioner Shaojun G. is a citizen of China who was detained in Duluth, Minnesota, on November 19, 2025. Pet. [ECF No. 1] ¶¶ 9, 19. Shaogun filed a Verified Petition for Writ of Habeas Corpus on March 1, 2026, seeking his release, or alternatively, a bond hearing. *See* Pet. Shaojun has been detained in the Douglas County Jail in Wisconsin since the day of his arrest. *See* ECF No. 4 at 1 (stating that Shaojun was "booked into the Douglas County Jail in Wisconsin on the same day [of his arrest]," and confirming that he has been there since).

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where

immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7.  This exception does not apply here.  At the time of the Petition's filing, Shaojun's last known location was "at a detention facility in Wisconsin."  *See* Pet. ¶¶ 20, 40.  According to the Petition, the Online Detainee Locator System did not reveal Shaojun's location at the time of his Petition's filing, *see* Pet. ¶¶ 20–22, 38, but there is no allegation that Shaojun was unable to communicate his location to his counsel or the friends acting on his behalf, s*ee id.* at 24.  Respondents have confirmed that Shaojun has been detained at the Douglas County Jail in Wisconsin since the day of his arrest.  *See* ECF No. 4 at 1.  Accordingly, the Court lacks jurisdiction over Shaojun's Petition, and the Petition will be dismissed without prejudice to its re-filing in Shaojun's current district of confinement.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Shaojun G.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 2, 2026                                      s/ Eric C. Tostrud
                                                                          Eric C. Tostrud
                                                                          United States District Court